1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 | TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6917

7 | Facsimile:  (415) 436-7234

8 | Attorneys for Plaintiff

*FILED*
JUL X 5 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9 |                UNITED STATES DISTRICT COURT

10 |              NORTHERN DISTRICT OF CALIFORNIA

11 |                SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,          )     No. 3-05-70302 EDL
                                      )
14 |        Plaintiff,                 )     [PROPOSED] ORDER AND STIPULATION
                                      )     WAIVING TIME UNDER RULE 5.1 AND
15 | v.                                )     EXCLUDING TIME FROM JULY 5, 2005
                                      )     TO JULY 15, 2005 FROM THE SPEEDY
16 | TARCILO CALDERA,                  )     TRIAL ACT CALCULATION
                                      )     (18 U.S.C. § 3161(h)(8)(A))
17 |        Defendant.                 )
                                      )

18

19 |     The parties appeared before the Court on July 5, 2005.  With the agreement of the parties,

20 | and with the consent of the defendant, the Court enters this order (1) scheduling a new

21 | preliminary hearing/arraignment date of July 15, 2005 at 9:30 a.m., before the Honorable Edward

22 | M.Chen; (2) documenting the defendant's waiver of time limits under Federal Rule of Criminal

23 | Procedure 5.1; and (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C.

24 | § 3161(h)(8)(A), from July 5, 2005 to July 15, 2005.  The parties agreed, and the Court found

25 | and held, as follows:

26 |     1.  The defendant waived the time limits for a preliminary hearing under Federal Rule of

27 | Criminal Procedure 5.1.  Failure to grant the requested continuance would unreasonably deny

28 | both defense and government counsel reasonable time necessary for effective preparation, taking

STIPULATION AND ORDER
3-05-70302 EDL

1  into account the exercise of due diligence, and would deny the defendant continuity of counsel.

2      2. Counsel for the defense believes that postponing the preliminary hearing is in his

3  client's best interest, and that it is not in his client's interest for the United States to indict the

4  case before the July 15, 2005 preliminary hearing date.  The parties are investigating a pre-

5  indictment disposition of the case.

6      3. The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to

7  grant the requested continuance would unreasonably deny both government and defense counsel

8  reasonable time necessary for effective preparation, taking into account the exercise of due

9  diligence, and would deny the defendant and the government continuity of counsel.

10      4. Given these circumstances, the Court found that the ends of justice served by

11  excluding the period from July 5, 2005 to July 15, 2005, outweigh the best interest of the public

12  and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

13      5. Accordingly, and with the consent of the defendant, the Court ordered that the period

14  from July 5, 2005 to July 15, 2005, be excluded from Speedy Trial Act calculations under 18

15  U.S.C. § 3161(h)(8)(A) & (B)(iv).

16      4. The Court scheduled a new preliminary hearing/arraignment date of July 15, 2005, at

17  9:30 a.m., before the Honorable Edward M. Chen.

18      IT IS SO STIPULATED.

19

20  DATED: 7/5/05                               

21                                    TRACIE L. BROWN
                                  Assistant United States Attorney

22

23  DATED: 7/5/05

24                                    DAVID FERMINO
                                  Attorney for TARCILO CALDERA

25      IT IS SO ORDERED.

26

27  DATED: 7/5/05

28                                    HON. EDWARD M. CHEN
                                  United States Magistrate Judge